1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2  MICHAEL W. LARGE
   Deputy District Attorney
3  Nevada State Bar Number 10119
   P.O. Box 11130
4  Reno, NV  89520-0027
   mlarge@da.washoecounty.us
5  (775) 337-5700

6  ATTORNEYS FOR CHUCK ALLEN,
   MARK KESTER, JOHN SABO, SCOTT THOMAS,
7  DWIGHT JAMISON, JOSH PALMER & PERRY LEACH

8                  UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10                           * * *

11 JOHN WALKER,

12        Plaintiff,                     Case No.  3:16-cv-00258-MMD-WGC

13    vs.

14 CHUCK ALLEN, SGT. HILL, DEPUTY      **STIPULATION TO EXTEND AND/OR**
   MARK KESTER, DEPUTY SABO, DEPUTY     **VACATE DEADLINES FOR CASE**
15 THOMAS, ET AL.,                          **MANAGEMENT CONFERENCE AND REPORT**

16        Defendants.           /

17

18       The parties hereby stipulate to extend the deadlines for the case management conference

19 and report.  The Case Management Conference is scheduled for December 5, 2016 and the Case

20 Management Report is due on November 28, 2016.  The present extension is not for purposes of

21 delay, but rather because the parties have reached a tentative agreement to resolve the underlying

22 dispute subject to approval by various client representatives which should be forthcoming.

23 //

24 //

25 //

26 //

The parties seek to extend and/or vacate the Case Management Report deadlines and vacate the Case Management Conference scheduled for December 5, 2016.

Dated this 28th day of November, 2016.

CHRISTOPHER J. HICKS
District Attorney

By    /s/ Michael W. Large
     MICHAEL W. LARGE
     Deputy District Attorney
     P.O. Box 11130
     Reno, NV 89520-0027
     mlarge@da.washoecounty.us
     (775) 337-5700

ATTORNEYS FOR CHUCK ALLEN, MARK KESTER, JOHN SABO, SCOTT THOMAS, DWIGHT JAMISON, JOSH PALMER, & PERRY LEACH

Dated this 28th day of November, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    /s/ S. Brent Vogel
     S. BRENT VOGEL
     Nevada Bar No. 006858
     NIKITA R. PIERCE
     Nevada Bar No. 13384
     6385 S. Rainbow Boulevard, Suite 600
     Las Vegas, NV 89118
     (702) 893-3383

ATTORNEYS FOR DR. HAHN

Dated this 28th day of November, 2016.

By    /s/ John Walker
     JOHN WALKER #1102404
     NNCC
     P.O. Box 7000
     Carson City, NV 89701
     (702) 893-3383

PRO SE PLAINTIFF

## ORDER

**IT IS ORDERED** that the Case Management Conference scheduled for **Monday, December 5, 2016, at 10:00 a.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that the Courtroom Administrator shall reset the Case Management Conference approximately forty-five (45) days from the date of this Order.

DATED: November 29, 2016.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE