| | |
|---|---|
| 1 | CHRISTOPHER J. HICKS |
| | Washoe County District Attorney |
| 2 | MICHAEL W. LARGE |
| | Deputy District Attorney |
| 3 | Nevada State Bar Number 10119 |
| | P.O. Box 11130 |
| 4 | Reno, NV 89520-0027 |
| | mlarge@da.washoecounty.us |
| 5 | (775) 337-5700 |
| 6 | ATTORNEYS FOR WASHOE COUNTY |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JOHN WALKER,

    Plaintiff,

vs.

CHUCK ALLEN, SGT. HILL, DEPUTY MARK KESTER, DEPUTY SABO, DEPUTY THOMAS, ET AL.,

    Defendants.

Case No. 3:16-cv-00258-MMD-WGC

**STIPULATION OF DISMISSAL**

Plaintiff JOHN WALKER, pro se Plaintiff, and Defendants Washoe County, a political subdivision of the State of Nevada, Chuck Allen, Randy Hill, Mark Kester, John Sabo, C. Scott Thomas, Perry Leach, Josh Palmer, and Dwight Jamison hereby stipulate to the dismissal of this action in its entirety, and all claims against all Defendants, with prejudice, pursuant to FRCP 41(a).

//
//
//
//
//

-1-

     Each party shall bear their own attorney's fees and costs, except as specifically provided in the settlement agreement executed by the parties herein.

     Dated this 6th day of January, 2017.

*/s/ John Walker Abrams*

JOHN WALKER ABRAMS
NNCC, #1102404
P.O. Box 7000
Carson City, NV 89702

PLAINTIFF, in proper person

     Dated this 6th day of January, 2017.

CHRISTOPHER J. HICKS
District Attorney

By */s/ Michael W. Large*
MICHAEL W. LARGE
Deputy District Attorney
P.O. Box 11130
Reno, NV 89520
(775) 337 5700

ATTORNEYS FOR DEFENDANTS

Dated: January 26, 2017

IT IS SO ORDERED.

*/s/*

U.S. District Judge